# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
Eastern _____ **DIVISION**

)
)
)
(*Write the full name of the plaintiff in this action.* )    Case No: _____
*Include prisoner registration number.*)              (*to be assigned by Clerk of District Court*)
SUPAWARE #1294275 )
**v.** )                                               Plaintiff Requests Trial by Jury
~~_____~~ )                         ☑ Yes    ☐ No
~~_____~~ )
LaRue, Mosier, Hartch, French et al\ )
)
)
)
(*Write the full name of each defendant. The caption* )
*must include the names of **all** of the parties.* )
*Fed. R. Civ. P. 10(a). Merely listing one party and* )
*writing "et al." is insufficient. Attach additional* )
*sheets if necessary.*) )

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

## I.   The Parties to this Complaint

### A.   The Plaintiff

Name: SUPASTAR DIOR WARE

Other names you have used: HEAVEN, KOVO, DEION VUITTON, LAWESHA VUTTON

Prisoner Registration Number: #1294275

Current Institution: Eastren Recpetion Dignostic correctional Center

Indicate your prisoner status:

| | | | |
|---|---|---|---|
| ☐ | Pretrial detainee | ☑ | Convicted and sentenced state prisoner |
| ☐ | Civilly committed detainee | ☐ | Convicted and sentenced federal prisoner |
| ☐ | Immigration detainee | ☐ | Other (explain): _____ |

### B.   The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: *See attachment"

Job or Title: _____

Badge/Shield Number: _____

Employer: _____

Address: _____

_____ Individual Capacity          _____ Official Capacity

2

DEFENDANTS 3

John LaRue

Captain

unKnown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity      ✓ Official Capacity

DEFENDANT 3

Jane Mosier

CSO

unKnown

Office of Professional Standards

2729 Club Plaza Dr. P.O Box 236 Jefferson City MO 65102

✓ Individual Capacity      ✓ Official Capacity

DEFENDANT 4

John Wurtel

Libraian

EDI45000

CSONKnown

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity      ✓ Official Capacity

Defendant 5

June French

CSO

unKnown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual capacity      ✓ Official Capacity

DEFENDANT 6

John Frenwick

LT

Unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity      ✓ Official Capacity

DEFENDANT 7

John Edwards

Sgt

unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity      ✓ Official Capacity

Defendant 8

Jane Rict

Sgt

unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity      ✓ Official Capacity

Defendant 9

John Damm

LT

unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity      ✓ Official Capacity

Defendant 10

Peters Downs

FUM

Unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Rm 236 Jefferson City MO 65102

✓ Individual Capacity        ✓ Official Capacity

DEFENDANT 11

John Lawson

CCM

Unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity        ✓ Official Capacity

DEFENDANT 12

Lacey Hett

CCM

Unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City Mo 65102

✓ Individual Capacity        ✓ Official Capacity

DEFENDANT 13

Jane Doe

Secretary

Unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity        ✓ Official Capacity

DEFENDANT 14

Jane Bullock

CSO

unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity    ✓ Official Capacity

Defendant 15

John Gilmore

Investigative

Unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity    ✓ Official Capacity

DEFENDANT 16

John Lee

Sgt

Unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity    ✓ Official Capacity

Defendant 17

Jane DOE

PREA Coordinator

Unknown

Office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity    ✓ Official Capacity

DEFENDANT 18

John Doe  or J
Correctional Security officer

~~Investigator~~

unknown

office of Professional Standards

2729 Club Plaza Dr P.O. Box 236 Jefferson City MO 65102 .

✓ Individual Capacity      ✓ official Capacity

Defendant 19
JANE DOE

Investigator

unknown

office of Professional Standards

2729 Club Plaza Dr P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity      ✓ official Capacity

Defendant 20

JANE DOE

correctional Security officer

unknown

office of Professional Standards

2729 Club Plaza Dr P.O. Box 236 Jefferson City MO 65102

✓ Individual Capacity      ✓ official capacity

Defendant 21

John Doe

Correctional security officer

unknown

office of Professional Standards

2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65102

✓ Individual capacity      ✓ official Capacity

DEFENDANT 23

John Doe

Captain

Unknown

Office of Professional Standards

2729 Club Plaza Dr   P.O. Box 236 Jefferson City MO 65102

✓ official capacity

✓ Individual Capacity

DEFENDANT 23

John Doe

Sgt

Unknown

Office of Professional Standards

7729 club Plaza D.  P.O. Box 236 Jefferson City MO 65102

✓ official Capacity

✓ Individual Capacity

**Defendant 2**

Name: John ~~████~~ LARUE

Job or Title: ███ Captain

Badge/Shield Number: unknown

Employer: office of Professional Standards

Address: 2729 Club Plaza Dr. P.O. Box 236 Jefferson City MO 65101

_____ ✓ Individual Capacity          _____ ✓ Official Capacity

## II.  Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.    What happened to you?
2.    When did it happen?
3.    Where did it happen?
4.    What injuries did you suffer?
5.    What did each defendant personally do, or fail to do, to harm you?

"See Attachment"

3

Claim 1

On 4·17·26 HUS Complex (DENIED) (Ramification Form) via "Wall" From FUM PETERS DOWNS (I believe) ω CCM LAWSON. AFTER THEE WOMAN FROM ACROSS CCM HETT OFFICE ENTER SHE STATED " THEY'll NEVER ACCEPT OR FILE OR REPORT (3) STRIKES THEY'RE OUT". (I believe) HETT LAUGHED FUM (I believe) ω CCM LAWSON STATED "TRANSFER NO FORMS HERE". " See Camera ¿ Audio Data 4·17·26 HUS COMPLEX Data, Staff Conduct Data, Retaliation manual, Due·Process Manual, PREA Manual"

Claim 2

On 4·17·26 GP B·YARD LT. FRENWICK STATED TOO INMATE S·C·206, (I believe)"We wont Review IF "its" (CLEAN). Only Way We Review is a "Major". (I believe) Inmate stated: "Just Property No Major". But CAN you Review anyway?" "Gesture" (I believe) Shook Head due to Inmate. ACCUSED me of taking Property He 'AGREED' I could HAVE AS HE ATE (CHIPS) On 4·16·26.
" See FDA, ADA manual, all listed above Digital Data"

Claim 3 "See All listed Above Claim 1 ; 2 Digital Data"

On 4·17·26 (I believe) Inmate IN S·C·206 Reported A (Agreement) After Our Exchange (Kiss) this "Morning". (I believe) Frenwick stated statements too Divide in consumer or to "Create" (UNSAFE) Living Confinement Er (TRANSGENDER) As I Walked Pass Leaving (Library). However (mumbled) Serval things 'PTIR' too Opening GATE (UNREGULATED). "NEVER" WORKED (2100 POST) !!

Claim 4 "See GP Library Camera ¿ Audio Data, All listed Above Digital Data"

Librarian Hartel cn CSO MUSIC (I believe) threaten me through Inmates. After Dinner Inmate stated "Planning On Locking you up For beating that Write up" They Said it In Library When you Was In there. I

States" I Never Heard anything but Sound effects sound like (Sucking Noises). The CO Was making Sounds. Inmate stated "Incell S.C. 205 they On that". (I believe) Both CDV's Dismissed. "See Exhibit B, Exhibit C Claim 13, Claim 41, CAMERA Audio Data, FDA, ADA manual, Staff Conduct Manual, PREA Manual Digital Data"

Claim 5

On 4.17.26 (I believe) LT. Frenwick, ccm Hett, Em Downs, ccm Lawsons an possibly Moster, Edwards, Hartel. All Staff Collectively (Attempted) to 'Place' In (DANGER) From "Reporting" (SEXUAL EVENTS "Staff") An Lawsuits based off (ACTIONS). Reported Sexual Events Via Tablet 4.16.26 (I believe) or 4.15.26 Failed to Remove CSO French, Sgt. Edwards, ccm Hett, Em Downs, LT Frenwick, Hartel, Moster, Rick.

"See All Data Listed On All, Securus technology Inmate mail S.C. 202 Both Inmates 4.15.26, 4.16.26 Data, As well As S.C. 109 Both Inmate Digital Data On Both Days "Digit Data"

Claim 6 On 4.17.26 "See All Digital Data, Job Assignment Data" CAO (I believe) Cpt. Larue who Worked 4.15.26 Failed to Hold officers (ACCOUNTABLE) As (SEXUAL REPORT) made Via Tablet. Placing (TRANSGENDER) In "Vulnerable" Position Reported CSO French On 4.15.26 Returned 4.16.26, Reported Sgt. Rick Returned 4.16.26 HU4, Sgt. Edwards Returned 4.16.26 HU4, Bullock, Lee, Frenwick (I believe)!! All Returned 'After' (Report) Made, Unlivable Condition Based off Job at (Stake)!!

Claim 7 4.16.26 "See On 4.17.26 Digital Data, MDOC Data, MDOC T.OC Data, Staff Conduct manual" Investigations (I believe) Gilmore Failed to (Follow) "Protocol" 'Pretaining' (Sexual Event) Staff On Inmates. (I believe) Facility has total (3) Investigation All Failed to (Uphold) Protocol. "See PREA manual, PREA Protocol Data"

Claim8

On 4·18·26 HUS, "CAO" "Assigned" (Sgt. Edwards) too HUS whereas, there's a (On-going) "Investigation" Pretaining (Sexual Event Stuff in Jail ~~Misconduct~~) Filed re Report 4.15.26 via Securus Techologies regarding CSO French, Sgt. Edwards, Sgt. Rick As Captain LaRue Was On Shift! Protocal For "Sexual Misconduct" Violated Sent CSO French too HU.S Following (Business Day) 4·16·26.

"See Job Assignment chart 4·15·26, 4·16·26, 4·17·26, 4·18·26. Camera: Audio Data, MDOC/I.O.C Data, Apple Data Hell threat, PREA manuel, FDA, ADA manuel, Retaliation Protocol Data, Digtial Data"

Claim9

On 4·18·26 B+P Dinning During Breakfast, Sgt. Lee (I believe) As he "Unethically" (Ate Food), Rush to Threshhole of "Dinning Hall" to 'USE' (Body) too "Block (my 'Exit)" Violating Staff manuel. 'Attempting' to Create (Body 2 Body) "Contact" with (Inmate TRANSGENDER) As well As USED Body As a (WEAPON) [I believe]!! I 'Discarted' Food (Piece) to "Setup" (Pat Search) Design For (I believe) (TRANSGENDER)!! "See All Data Listed above Digital Data"

Claim10

On 4·16·26 HUS (I believe) Once Sgt. Edwards Was "Possibly" (Removed) From 'Post' He CSO John Doe (TARGETED) HUS.C. Wing. (SINGLED) Dayroom Is Wing out by "TAKING (Rec)". However 'Running' Other "Wings" As it. (I believe) As a 'Form of (Punishment), As well As Sgt. Edwards, CSO John Doe Made a "CUPLE" (THREATS) 'Prior' to Starting (Operations) via Switch Panel re INNTER-COM P.A System.

"See Switch Panel re Control panel Data, Sexual Abuse Acts, FDA, ADA Data"

Claim11

Sgt. Edwards an CSO John Doe Stated to Inmates "WLARE GET HIM OFF YARD Well

IV. RELIEF

"IF" Released Prior to (Federal Holiday "MOTHERS DAY") DEMANDING CONCERT AT SCOTT TRADE CENTER FOR MOTHERS FOR (LIFETIME) Called (QUEEN GIFT) "BORN" !! EVERY HIP HOPP ARTIST, R&B ARTIST $999 BILLION EVERY ARTIST, TRAVEL, SECURITY, GLAM, Paid For By DEFENDANT(S) !! Give (WOMEN) A DAY WHEREAS, GIFTED TOO (MAN·KIND) Free For (ALL WOMEN), However "Entire Family Tree" (Travel, GLAM, Security) ON Defendants (VIP) "LIFETIME" !! AS WELL AS "Tiffany & Company" Will Produce (Breakfast at Tiffany's For "LifeTime" 'YEARLY' FOR ALL WOMEN IN FAMILY RUBIES, GEMS, PEARLS YEARLY "FULL SET" 2026 CHERRY RED, GREEN, BLUE ALL 'ROYAL' COLORS MENU CHOOSEN BY SISTER(S) DEANSHAY LASHAY WARE & MARY ANN CORNELL) LARGE SIZE JEWLRY !! For "VICTIMIZING" A (GOD FEARING GODDESS "RAISED" BY "ICONS" Attempting to BREAK 'ONE' OF "GOD, LOVE, HEALHT, WEALTH, PEACE Defendants Will Provide Luxury Vehichals YEARLY FOR FAMILY TREE 24K YELLOW GOLD By DAVID WARE A.K.A David Yurman For ~~Platnum And~~ GOLD For All VEHICALS ISSUED YEARLY SUV'S ONLY) !! 2026 CARS ARE ROLLS ROYCE Se Automacy Following Year 2027 BENTLY, BUGATTI, From A-Z LUXARY VEHICALS, SHOWROOM BRAND NEW PLATES READ "~~Platnum Goldvest~~ GOD GIFT With NUMBERS" ROE V WADE (OVER TURNED), FREE SPA TREATMENTS NATION WIDE, (5) GIFT(S) FROM ALL RETAIL STORES LUXARY (ONLY) UNDER $700.00 (MANDATORY) !! Free MEAL(S) EVERY WHERE Per Id FREE DRINK(S) (ALL DAY), FREE GASOLINE (EVERY GAS STATION) !! LGTBQ+A PRIDE FEST ST. LOUIS BLACK PRIDE CHANGED TOO BROWN PRIDE IN STATE OF MISSOURI, TOWER GRO

GROVE (ONLY FOR BROWN PRIDE) "ALL" (VENDORS FREE) IN-VOICE OF $999 MILLION Per VENDOR ONCE $999 MILLION MADE or Merchantdise Exchanged "Regular Prices(After)". FOUNDATION OF (BROWN PRIDE IS "LOUIS VUTTION FIVA UNIT" By ICON DEION VUITTON, DRAG REALNESS ICON MUGLER CALI With ICON FEM&JR (QUEEN) Khondonca VUITTON AND FEM REALNESS (SELF) "See Facebook.com C.R.D.C.C Page LABLES !! ADOINS VUITTON LEGENDARY DAUGHTER AHANNA MAYY VUITTON "WE TOUCH HEARTS FOUNDATION " HISTORY Ahanna Mayy Vuitton, Adoinz Daughter has LEAD A Generation of STAND-UP CITIZENS IN ST. LOUIS PRIDE BALLROOM LGTBQ+A community. LOVING GOD : SELF FIRST, Taught US How to DEFEND : Provide When Need BE 2ND !! I AM HIV NEGATIVE A MEMBER OF LOUIS VUITTON SINCE 3 or 5 yrs old Registered at "FAMOUS : Barr Downtown St.Louis Mo 20 plus YEARS LATER !! YEARLY Ball For MAYY VUITTON IN ST. LOUIS MO AT LOCATION BALL NAME "~~~~~~~~~~~ (COURAGE, ~~~~~~~~~~~~~~~~~~~~~~~~~~ VUITTON ~~ FIVA) " OTA $1 Million, $5 million Every Catorogory However OTA Goes UP YEAR Half For (LIFETIME)". THEME GODILY WHITE/GOLD : SILIVER !! (MANDIATORY) !! HIP HOPP NIGHT CLUBS All WEEKEND INCLUDING "BOXERS : BRIEFS" HIP HOPP WEEKEND BROWN PRIDE MONTH AUGUST or SEPTEMBER INVOICE ON DEFEAIN(S)!! DAMN OATS YEARLY SEPTEMBER 2 (MANDATORY) CONCERT, STIMULUS, (2) GIFTS Per Luxury Retail Store (5) Per LOUIS VUITTON DONT make public Knowledge. FREE Juice, WATER, Drinks All Day Every Locations!! BABYLON CAVE IN ASIA $999 ZILLION (EVERY MONTH) (LIFE TIME) !! From 2026 till Natural LIFE !! AN·NAJM DIOR WARE

Attachment
~~Way~~ 3 of 3

II. RELIEF

DMV Tags an Plates For All Released PAID for
STAR Intial PLate Random(2) NUMBERS or Letters
for(ALL) Release !! MANDATORY my PLATES STATE
ONLY (ONII, AN.NAJM, 5.STAR) LIFETIME
INVOICE EVERY 7 Vehicals As Stated !! Once
Exceeded 7 Vehicals "NEXt" NAME FoL CUSTOM
PLATES !! Establish Royal Kindoms WARE
Kingdom (SUPASTAR WARE AS "QUEEN" Silent King
DEGUAN DEANDRE WARE Legal Name'Chansed' too
"SHOOTN STAR DIOR WARE" Identicel Twin MANDATORY
Non.optional). NON.Vitoable LIFETIME COMMITTMENT
AS WELL AS. BRANUM Kingdom King Nathaniel Branum QUEEN
Mary Ann Cornell Silent King)!! Establish All
Royal Kingdoms Adding $999 Billion To Profit Orgnzation(s)
OF King or Queen Chasing But "EVERY (KING IS SILENT)
II, QUEEN'S ARE THEE ~~WOOD~~ KING(S) ~~HEROS~~ HERO(S) NO VOICE
VOICE!  HERO(S)

Dress cut(s) for Kahli Sr, Kahli Jr  [HUG Inmate Roy Assigned too HU4.e 101 a 103 Year 2022 Dress cut(s) Orential Daisy Dukes;Top
Shoe Taps  Kate Spade Basket Ball Sneaker Solid Color  LARGE BURLIN (cowslin)
Lovis vuttion Red Jogger suit Black Low.Top Prada's  HU 6  HU 2 { Secondary Color As well. STENLINE  X 2 Low Top Sneaker's
Desiel Boxer Beifs x 4  (1) Small  (2) med  (1) LARGE  or HU1 BAG.SHOULDER.  "Classic Prada's"
Cartier White GOld Wrist watch "Presidential"  X 2
Lovis Vuttion Black/Grey Crossbody LARGE (2)  Back Bag (2)
All Property Returned From Federal Agents Investigatons to (ALL)"Inmates" at (E.R.DCC)
All Property Cunt it, Register it  Release It !! MANDATORY

Everybody   of   1 Attachment

- Sent to C.R.D.C.C For Drescuts, Ordering Recommended for ALL Listed.
  Oriential Louie Vuitton Jogger Suit Extra Small Men   White/Secondary

Colors. MANDATORY ALL ABOVE! BELOW ↓.
   True Religion Jogger Suits for (All Inmates) Colors, RED, GREEN, N.BLUE, R.BLUE!!
   NIKE BALL CAPS Air Max 95 For (EACH INDIVEUAL Louis Vuitton Book Bag (Classic)!!
Gievancey Leatherman's Jacket Men Extra Small Secondary Colre
Myser Allien Prefume From MAC!!   Bag size

Burkin (Square)   COW. SKIN   LARGE   CROSS-BODY  Secondary colre
   : (Christian) Dior                                     Size:8.S  Bag Size   I believe) UK 46
CHANEL  : Low Top BasketBall Sneaker Secondary Color 8.S Bag Size
   (Classic's MANDATORY)           TOTE   Secondary Color  LARGE

Louis   Vuitton   HandBag   HELD

   Timberland Construction Boot: Color WHEAT 24 CT yellow gold by CARTIER
   Size: 8 & 8.5!!                                                 HANDBAN
CARTIER   Bazel: WATCH   Bennie  or

Spec's Yellow Gold  24 CT Calobrute with Louis, Timberland
and Burkin Two (Assume 24K Yellow GOLD Is EXACTLY THEE SAME)!!
   FOR 24 CT GOLD EMBLISHMENT From: DAVID YURMAN.
CARTIER IN galleria mall has video Data with "Wist size"
   GOLD FROM: DAVID YURMAN XS INVOICE LIFETIME Account
5 CT DIAMOND STUDS WITH MATCHING DIAMOND NECKLES
LAWYERED CHOKER & LARGE  DIAMOND NECKLASS (2) Neckluses.
   Medium↑ (MOST EXPENSIVE MANDATORY)!!

Stormi
   on OWN Network show Love Marriage Huntsville had Exact Neckles But I
Went A CHOKER! Additional Chain. BIGGER VVS'S(s).
My Jr CHANEL or NATUICA Lowtop   BASKETBALL SNEAKER Both Running: BasketBall
MOST EXPENSIVE DIAMONDS  24 CT.   Total of 4 Solid .YELLOW
   Timberland Construction Boots: BLACK 24 CT White GOLD by CARTIER SIZE AS PPI READ!!
NAVY BLUE LOUIS VUITTON Jogger Suit LAMONT DEANDRE WARE Jr. Size . BLACK
Timberlands 24 CT  WHITE GOLD  Bazel 6 CT Earrings Diamond STuds
(2) Sets of 6 CT White Gold  24 CT (2) Bazel(s)
(2) Sets of 5 CT 24 CT Yellow GOLD   2 Bazel(s).
Gievancy: Grey Leatherman's Jacket Size Medium  on NATUICA
                        : CROSS BODY          YELLOW   LARGE. BAG  CHANEL HANDBAN Yellow.
                                                                    Extra Small or
                                                                    AL, LARGE Medium
                                                                    Balmain.
- White GOLD In Timberland's match Cartier WATCH, LUVIE ENTIRE!!(s)
   Clavin Klien Underbaumen's Balmain Underbaumen's Dress CUTs)!!

IV. Relief

2 Attachment

Rolex Presidential (Ogstyle I believe) 24 CT Yellow For Every Inmate Release (UPON Release Issued with Dress Outs))!! NON. Liquidatable MEN Presidential Watch 24 CT White gold As well. Except TRANSGENDERS (Split with Men)! For Transgender Inmates Archie millie With (gum Band Secondary colors)) (1) Per Transgender (CHEAPEST I DO NOT PROVIDE FOR OTHER GIRLS)!!

R. CRAWFORD Climate Dressents As listed For WARE JR on "I Attachment" Yellow Chanel Head Ban, N. Blue Louis Vuitton Jogger suits), Chanel Color Yellow Basketball Sneaker (Different From Ware Jr.), NATUICA Yellow CROSS BODY LARGE.

Timthony Mccall As listed However Dolce & Gobana ORANGE: Color Basketball Sneakers!!

No NAVY BLUE WITH ANY SHOE WITH (B) ON IT!! IF SHOE NOT LISTED ALLOW INMATE TO CHOOSE BETWEEN (NIKE'S, JORDAN'S) PropertyRoom Will Issue As Docs wt etc Passed at!!

IV. Relief

DELIVERED TO "ALL" (FACILITIES) !! PIUR TOO RELEASE !! T.moblie PHONES FOR (ALL) RELEASED SAMSUNG GALAXY NOTES "NEWEST" (NO FLIP OR FOLD FOR ME) All (PHONE NUMBERS ADDED TO CONTACT OF "my" ACCOUNT).

All PHONE NUMBERS START WITH 999 FIRST THREE Digits Random 4 Additional Numbers.

IN·VOICE PROVIDED BY DEFENDANT(S): D.O.C, FDA, ADA, Centurion, Ummark Inc etc.

Making (ONE) Primary ACCOUNT HOLDER FOR ALL !! SOLEY Explain to Every Inmate Inside Package Adding (SOCIAL SECURITY NUMBER) Deems (MANDATORY PHONE LINE NO OTHER PHONE CARRIER WILL EXCEPT ANY ACCOUNTS UNLESS PURCHASED WT OF CONTRACT WITH T.MOBILE. "HEFTY FEE" (Inorder to Discontinue Phone Service, As Will As No Prepaid Accounts "EVER" SOCIAL SECURITY NUMBERS REQUIRED WITH 'EVERY' "PHONE PURCHASE EVERY WHERE" IF SSN Is Registered Offered Bill to Be Paid in to Discontinue Services Altogether) !!" NO MORE PREPAID or TruckPhones In America" Every Store must Add SSN# TO All PHONES IN AMERICA, TO CONTROL CRIME, TRACK CRIME PROTECT PUBLIC SAFETY !! Phone Bill Paid For 60 days, After SERVICES WILL BE TERMINATED (Add Every # TO PRIMARY ACCOUNT FOR SUPASTAR DIOR WARE (CHANGE SONS) NAMES) TOO": CURRENT SUPASTAR DIOR WARE AS BURN than Too AN·NAJM DIOR WARE UNCE CHANGE IS MADE AGAIN !! TOTAL of (3) SONS) So CHANGES HAS TO BE MADE A.S.A.P TI VOICE !! Random Phone Colors Between: Royal Red, Royal Blue, Royal Green ALL Royal Colors ONLY. PLEASE THANK YOU !!

IV. RELIEF   Additional Attachment (Last Page)

BURKIN(S): (COW-SKIN "ONLY").

David yurman: 24 CT Sunglasses similar too A Versace Pair (I believe) Way Fair Shape "See Facebook.com Richhomie Deion Pictures Out." (MOST EXPENSIVE PAIR AS WELL AS CARTIER SEND MOST EXPENSIVE WATCH, NECKLOS, BRACELET(S) (SET(S)) 24 CT FULL SET MEN & WOMEN CARTIER HAS (SIZES) NOTHING LARGER THAN NECK!! DIAMONDS PURE VVS || Additimul t.moblie Phone will be (314)666.9999  IF NOMBER IS AVALI? 314 1900 BAN 314 BAN 9200 (All) Kanas City Releases Shirt With be (STICHED) WITH R.I.P HELL.RELL (ALL) From St.Luis Will Say R.I.P JMACK ~~P~~·BAN (STICHED) (MANDATORY) "THICK THREAD AS BILLY TRUE RELIGION USES"!!

BENTLY GIFT CARDS WITH $700K FUR EVERY INMATE UPON EXITING E.R.D.C.C Facility And Uthers. AII GIFT CARDS WILL DE WITH (DRESS OUTS, CELL PHONES ETC. PROPERTY ROOM WILL ISSUE EACH GIFT CARD(S) TOO (ALL)!! EXACT DATE AS DRESS OUTS ARE ISSUED! (EVERY) Gift CARD LISTED ON PAGE(I) Printed & Issued -PIOR TO LEAVING E.R.D.C.C AN A DMV G. CARD AS WELL!! CURE FOR: HIV/AIDS, CANCER, LOUPUS, HERPOS All terminal Illusses FREE CUTTERS (NON-OPTIONAL LIFETIME BAN)!!

IV. Relief

J. Reed   HU 5 A 103. . . .

R. Green   As Mr. Pool(s) Dressouts

O. Pool HU6   As Mr. Harris (Dressouts)

T. Johnson HU4   As Mr. Scott (Dressouts)

ALL Family members From Kansas City   As   BLUE WARE   EXACT DRESSOUTS

But (ANY) UN FILE AS BLOOD(s) or DAMU(s)   MIXTURE BETWEEN Mr.

SCOTTS   AN Mr. POOL Based off SKin Tone !!

All Family members From St. Louis Listed On Gang File As Neighborhood

Crips As Mr. Harris   Any As GDeuce Crips As Mccall (EXACT)

Any ; All DAMU(s) MIXTURE BETWEEN   R. Red ; N. Green !!

Send   All SHoes For Plaintiff to Apartment However

Dress outs   BASKETBALL SNEAKERS CHANEL , CHRISTIAN DIOR ,

TOP (3)   COLOR: R. Red or Cherry Red   EXACT THREAD

As   JOGGER Suit !!

For   Son WARE JR   Balmain, Balenciaga   TOP (3) Color:

Yellow BASKETBALL SNEAKER(S) !!

Any Gangsta Disples As Mr. B. WARE   AN BLACK Disciples   As

Derrick WARE REQUESTS For ALL !! Chicago IL ,

IV. RELIEF.

WERIDO SCOTT S.A. 218 DRESS OUT: CHERRY/RED or ROYAL RED LOUIS VUITTON Jogger suit (ONE) pants (ONE) shorts TOP : Bottom Size: Small MEN SOLID RED CHANEL BASKETBALL SNEAKER, BALMIN HEAD BAN Exact RED WITH (BROWN EMBORDIE IL WORDS CLASSIC LOUIS BROWN Exact (THREAD) !! CLASSIC LARGE LOUIS VUTTION WITH SQUARES COLOR: BROWN. G.E HARRIS HUS. A·117 NAVY BLUE LOUIE VUTTON JOGGER SUIT(S) Yellow Basketball Sneaker By Balmin For Sr.'s Jr. HUS·C·218 Porter N. Blue CELLMATE ROYAL RED. Timthoy Mccall DRESS out: Royal BLUE LOUIS VUITTON Jogger as above (BOTH) BALENCIAGA BASKETBALL SOLID ORANGE SNEAKER· WITH (Armoni Tank Top For All) !! Color: White Classic BROWN ORENTIAL LOUIS VUITTON LARGE : XL CROSS BODY Classic BLACK : GREY ONE LARE ONE XL CROSS BODY.

MALIK LANE AS MR. SCOTT HOWEVER COLORS ROYAL BLUE : RED !!

Christopher Pool: Navy Green Louis VUITTON GARMEN(S) EXACTLY AS ABOVE. Royal Red or Cherry Red CHANEL BASKETBALL SNEAKER BLUE WARE HUG N. Blue Louie Jogger suits) Oxford Grey Balmin Sneakers BLACK : GREY LOUIS VUITTON Rashad Crawfurd CROSSBODY XLARGE Bag. As is above As Mr. Scott. T. Williams As Mr. HARRIS SR: JR, Cory WADE, JARROD Brownlee, MARTATH Reddmann Quaterhead As is above Mr. Pool S·A·202    (As Mr. HARRIS) Tyrus young, Ronold Combs As: Mr. Scott(s)

C. Pool Cellmate As above As Mr. Scott

John Cross   As Mr. Scott

HU 4·C 210  As Mr. Scott
HU 4·C 211  As Mr. Pool
HU 5·D 104  As Mr. Pool
HU 5·B 218  Rainey   217 Flower Cellmate (ONE) Red Flowers (2) As Mr. Pools
HU 5·C 213  Reyholds  As Mr. Pools  HUS·C·217 Young As Mr. pools
HUS·C· 215 or 216 Crawford Cellmate As ████████████████████ LOUIS VUITTON Jogger suit(s) Navy BLUE BALMIN SNEAKERS BASKETBALL YELLOW As Mr. Pool   Dora: Williams HUS·A 208, 209  As Mr. Pool  HUS·A 105 Kenneth As Mr. Pool  (HUS·B·11) HUS·A· 212 Troy As Mr. Pules, HUS·B· L02 (ONE) Gran MICKEY (RED) !! BLACKBIRD OLDER INMATE KC AS MR. POOL  HUS·B· L02 (ONE) Gran Old Cellmate Gran As Mr. Pool

IV. Relief

Dress out(s) (All) Sent to Facility Property Room Will "Issue" (Every Piece of Fabric Ordered to Every Inmate)!

Another Look for (Self): Miss me Daisy Duke Shorts (One) Mint Green With Thick White Thread: (One) Navy Green Same As Mint And a Royal: Cherry Red Pair(s) As Mint Size: 29 L: 29/29 L Both Sizes Total (4) Shorts.

True Religion: Cut off Shorts by Billy (All "4" Colors) In Men Size: 29 Thick White Thread Women Same As Above Exact Sizes As: Miss me (Primaray Colors)!! (Total 4)

Louis Vuitton: Daisy Duke(s) Size: 29 L / 29/29 L (Total 4) Primaray Colors Including White (Women) Cut off(s) Size: 29 L Men Primaray Colors Including White

(3) Red Chanel Basketball Sneakers (Top Sellers) Primaray Exact Red Rather (Royal or Cherry) (3) Navy Green Chanel B. Sneakers (Top Sellers) (6) Christian Dior (3) Red B. Sneakers (3) N. Green B. Sneakers (Top Sellers) Sun Visor(s): Headbans) 3 Lables All Colors Listed!! (8) Burkin(s) (4) Crossbody N. Green, Royal Red, Mint Green, Cherry Red (Square Shape). Hand-Held Totes: N.Green, R.Red, Cherry And Carmel (Light Brown) Size: Large 24 CT by (David yurman "David Ware") David Yurman (Most Expensive) WAYFair Sunglasses 24CT (Mandatory)

IV. Relief

HAND HELD DUFFLE BAG over Set following: CLASSIC CHANEL DUFFEL BAGS (THEE LARGEST) FOR "ALL" Property. Everybody BLACK or WHITE (SELF Royal Red with BLACK Medallion & Son NAVY BLUE with BLACK Possibly '5' Bags)!!

All INMATES SHALL BE CALLED PER HOUSING UNITS AT EVERY FACILITY TO "RETAIN" & OBTAIN Property" Due + All Being (Released) Dress out Given to All Before Exiting As Well As Cell Phones!!..

Allowing Inmates + Use Cellular Devices Until All has Signed out Of E.R.D.C.C Facility !!.. PHONES ON YARD once All is Process (VICTORIOUS) " I AM " (ALLAH'SAID So") !!.. DEVIL HAS BEEN (WET WET UP I LIED EXTRA HEAT ALL ASH OVER WITH SORRY I AINT SORRY COUSIN Biological QUEEN BEYONCE SORRY NOT SORRY)!!

Demand... (Flushes ALL ...) ... Accountable

Flushing "Memory Banks" An "Brains" of All Information Obtained & Retained illegally ) !! For "EQUAL PROTECTION" (ALL) Devices Added to "Antagnozing (Device Apple or Samsung or Windows)Shall be Flushed For Violation of A HUMANS Civil & Human Right Has A Citizen of THEE UNITED STATES of AMERICA An A ROYAL FAMILY member of WARE Kingdom In AFRICA !! Due to Both States Above is Why I'm Demanding An Requesting America to Protect GOD ALLAH Will First, QUEEN AN-NAJM 2nd, World's Peace 3rd !! ISLMAIC Faith True Messager THEE GODDEST AN-NAJM DAMU WARE !! Unlimited Budget Insurance Policy ~~Premium~~ BEST In Building Process As well As "LifeTime" For WARE Family Castle & Estate !!Personal Property Taxes Paid For by CIA due to Devices act of On site Police Force Bracket !! LifeTime of Personal Taxes Regarding Kingdom And DAMU OATS Unfixuble HARM by Ex ~ Current Employee's From CIA in (I believe) San Frances County in State of Missouri !!

Mandating Terraces On Back of Estates From East & West Wings Leading into Yard To Pool AREA "Grand Terrace StairCase"

Randomly Choose A DAMU From St Louis Mo who's a Known Prominit Figure to World A Public Figure Such As Rapper or ~~Athelet~~ Athlete Be Paid For Presences by Defendants An HgTv Double Invoiced , 90 or less Starting Immediately. Paid by "Defendants now And Dec(2) seperate checks!! EASTCOAST RAPPER OF DAMU FAMILY THE GAME & DOJAKAT Creative Designs Split Proceeds An Self And USM !! Lastly Boxing Gym For Floyd Mayweather A CAMP With living suntee in St Louis mo Named An Designed by Floyd Mayweather Houever Proceeds Split Between Mayweather And Sponsors of Pro Boxing !! Supervison f. LifeTime Mr. Combs Combs Family member who Used + Box As well As Floyd Personally Trains "Self (or Four others From City of St Louis mo Burn & Raised) ARENA As Well For Main Events !! VIP For "SELF And (11) Guests" LifeTime An VIP Seats For Entire Taliban Orgzatim !! Additional (7) Seats With ALL Taliban Names Listed Via Web site. "Only Ware Blood line Take Throne Dequan Ware As Silent King "My TWIN""

AREA City Limits of U. City Greatervill St. Louis or North City Limits !! Either (One) is Fine !!

IV. Relief

Case: 4:26-cv-00592-JSD   Doc. #: 1   Filed: 04/21/26   Page: 25 of 32 PageID #: 25

Mr. Davion Davis, Sister D. Williams SHALL NOT Gn WILL NOT BE (RELEASED) ONLY Parole & Probation Any family members attached too SANDRA Williams and Zurian Price Shall NOT GET OUT OF PRISON On my ACCOUNT !! ASK CIA Operators DEXTER Williams on Zurian Price on Daniel Funk, (I believe) LARue, Damm, BeZure, Boyles etc IF Any KinShip keep those Family members In Custody. Except Any Grandparent !!!!. OF MINE Any Family Connected to Any of those People keep In Confinement and DO NOT ACCEPT ANY 1983 UNLESS THRUL INVESTIGATION THEY'VE LEARNED TO ADVOCATE HOWEVER ARE KNOWN ( WHITE COLLAR CRIMINALS AND SEX OFFENDERS) !!.

GOD DOES NOT LIKE UGLY, WELL THESE HOMOSEXU ALS CARED MORE ABOUT HIV/AIDS. INMATES FUCKING PASSING HIV/AIDS NEVER ABOUT JUSTICE u See Apple Disital Data From Mercedes Newman Data A.K.A Marquis Payne on Zurian Price, Daniel Funk, Damm, LARue, HETT AKA Robinson, LAWSON AII Stuff Apple Data" "See Willing helping Stuff D. Williams Zurian Price AII Disital Data where Social Security Funds Spent on etc AREA etc.

IV. RELIEF

(ALL) Shall Be Delivered to E.R.D.C.C An Nation Wide For Family members Dress wt(s) to ALL Facilities. Prior 2 RELEASE.

TRUE Religion Jogger suits pants / Shorts "Entire Collection" ALL Colors with T. Shirts As well.

POLO Ralph Lauren Same As Above & BELOW ("Classic collection)

LACOSTE Jogger suits pants/ shorts "Entire collection"

Under Garmins As well BALL caps, HEADBANS, SUNVISOR HATS CrossBODY LARGE BAGS Acesserics Listed For LA coste For True Religion As well. PAID FOR FULL IN·VOICE BY DEFENDANT(S)||

MISS me Classic collection For (SELF) MEN / WOMEN (Primary) Secondary Colors As well As TRUE Religion For MEN & WOMEN !! (ONLY)

Victoria Secret Classic collection & Acesserics Jogger suits Pants / shorts ! ONLY FOR TRANSGEDERS VICKY !! NIKE. BOMBSHELL COLLECTION FOR ALL WOMEN

ONE LARGE ORENTIAL LOUIS VUITTON HAND·TOTE

ONE LARGE ORENTIAL LOUIS VUITTON SHOULDER·BAG

ONE LARGE FIVA LOUIS VUITTON HAND·TOTE

ONE LARGE FIVA LOUIS VUITTON SHOULDER·BAG.

LOUIS VUITTON FIVA (Classic) Collection" For (ALL) Released Engraved PEE·WEE BLOOD VUITTON NON·LIQUDATABLE. LARGE EVERYTHING. SENT TOO (EVERY PRISON).

NIKE AIR FORCE ONE(S) BLACK (Classic) WHITE (Classic) ONE OF EACH AND ONE PAIR OF (Classic) 95 NIKE RANDOM COLORS!! "DOES NOT PROVIDE FOR TRANS WOMEN & GAY!! MEN & WOMEN GET IT ALL"

IV. Relief                                                      1 of 7

I am Entitled to "ALL" Im seeking due too Second Suit having to File, (REVICTIMIZATION, RETRAUMATIZING PHYSICAL, MENTAL And EMOTIONAL TRAUMA by Defendants in Case 4:24-cv-0046-SRW and New Defendants who I believe acting based off of ~~Goverment~~ an Acting in Concert with peers due to old officers an Staff Rank an timing of Working at E.R.D.C.C | Mental Health Defects gotten (WORST ie POOR INTENSFIED due to Ones actions Local Goverment officials ~~Retaliated~~ Response to Suit Maliciously using conduct violations an grievances an Inmates As (WEAPONS) to (HARM or POSSIBLY KILL ME)! D.O.C, Centurion, FDA, ADA ~~For~~ MDOC↓See ALL: Requesting $19,000,000,000,000,000,00 For Sexual, Physical, mental, Emotional Trauma an Victimization Whereas I was held in Confinment ~~wrongfully~~ Wrongfully due to Writing of officers fabrication an ccm Russel False statement On Corrective Action Report. (2) ESTATES of my CHOOSING, (2) LUXARY VECHINLS See All Gift Cards And Accounts Requested An HEFTY CONTRUBUTION to Fashion House ~~labled~~ Lable : LOUIS VUITTON For $92 BILLION For ~~nineteen~~ (19) years in Name of SUPASTAR WARE ~~Doesn~~ I am n MEMBER OF BALLROOM FAMILY ie HOUSE OF: LOUIS VUITTON Name DEION VUITTON Catergory in Ballroom: I ~~AM~~ (ICON) DENG REALNESS ~~Diamond Realness~~ be Sure to ALL CONTRUBUTION from Family MEMBER DEION VUITTON St. LOUIS MO CHAPTER | LOUIS VUITTON Account ~~in Statbans~~ Created for DEION VUITTON "UNLIMITED BUDGET ie BALANCE Department of Correction Shill pay Full Balance for Remaining of Natural life". Account for: Burken Same As Above Rest of Natural life!! Account for: Cartier Same As Above Rest of Natural life, Account for: Victoria Secret Same As

IV.                                                    20 of 9

above Rest of Natural life, Account for: True Religion Same as above Rest of Natural life, Account for: Neimans marcus Same as above Rest of Natural life, Account for: Saks Fifth Avenue Same above Rest of Natural life, Account for: UGGS Same above Rest of Natural life, Account for: ROLEX Same above Rest of Natural life, Account for: LaPearla a Located in Chicago IL, Rest of Natural life Same as above!! GIFT Account For: Hermez, Burberry, Christian Dior, GUCCI, Balmin, Balenciaga, Fendi, Boxer Loacted St.Louis MO, BLUES Loacted St.louis MO on Delmar, ICEbox Located in Atlanta GA, Kate Spade, Givencey, Tom Ford, Chanel, Dolce Gabana, David yurman, Celine, Valinteno, Monclare, Burneys, Blooming Dales, Nordstrom, Louis Vuitton, Nike, Jordan, Addidas, Cabellas, Dicks sports an Goods, Anthopolgy, Express, Versace, Amri, PRADA, MACYS, DILLARDS, JCPenny, J.CREW, Lorde Ann Taylor, Sams Club, Samsung, T.moblie, Apple, Best Buy, Walmart, Krogers, Whole foods, Schnucks, SaveWay, Blues, Account For: Buckle Same as above request as other accounts Rest of Natural life!! Northface, Lacoste, Ralph lauren Polo, Timberland, Guess, Tommy Hilfiger, Farrogiamo, Cavli, Sunglass hut, Lenscafter, Clarks eye wear, Unlimited Balance of REST OF NATURAL LIFE DUE to UNFIXABLE HARM!! Donate $79 Billion to Babylon CAVE EVERY YEAR! In Signature Ware Name Member of NAACP, Donate $79Billion to St.Louis Public Schools for 19 years in Name of SignatureWare, Donate $9 million NON: profit of my choosing For 9 YEARS

IV.                                    3 of 4

Record As Superstar Ware, Contribution to Manny Faye Ballroom in St. Louis mo $2 Billion for 9 years In Name of DEJON VUITTON, KHANDANCE VUITTON GOD BI. CHILD! ALL FUNDS MUST BE REPORTED AN ACCOUNTED FOR BY IRS ACCOUNT or FUNDS must be Regulated For Manny Faye Ballroom !! Requesting All From MDOC/DOC! See All As Follows:

Centurion Health Care mal·pratice See Following:
$19, 000, 000, 000, 000, 000, 000, Gift CARDS ¢ ACCOUNTS !!
(2) Luxary vechials (2) Estates No matter Cost of all requested !! (2) Luxary Jets ¢¢ Lures

HIV/AIDS CURE (FREE ALL AMERICANS EXCEPT "CUTTERS" ASIA ¦ AFRICA)!!

FDA, ADA, See: $19, 000, 000, 000, 000, 000, 000, 000 (19) Luxary Vechials (19) Estates No matter cost (19) Roxary Hyatts for Port of Mimia No matter COST! Contribution For HIV ¦ AIDS (CURE FOR EVERYBODY) Washington University! 4: For SEXUAL, PHYSCAL, EMOTIONAL, MENTAL TRAUMA for total of 5 years! Failed to help BLACK TRANSGENDER TREATED UNFAIRLY UNHUMANLLY, LGTBQ+A LIVES MATTER TOO!

ALL DEFENDANTS, ASSETS FROZEN TURNED OVER TOO ME, Bank Accounts, Inheritances, CD's, Stocks, Bonds, Titles, Deeds Shall be turned over for Violating ME As a HUMAN, Disregard to OATT TO SERVE AN PROTECT AN USING Official Status As A WEAPON UNDER CAMERA VIEW Violating FEDERAL GOVERNMENT MAKING MOCKERY OUT OF JUSTICE SYSTEM! They All ABUSED AN NEGLECTED playing Judge, Jury, Prosecutor and Official As A DEVIL Advocate !! NO CUTTERS WILL GET HIV CURE LIFETIME BAN IF CUT SELF To PASS DISEASE)!!

IV.                                    Pg. 5

Asking that ALL Defendants be (TERMANIATED) From D.O.C , FDA, ADA And Centurion Imm.Lately !! Added too "NO HIRE LIST FOR FEDERAL LOCAL GOVEROMENT JOBS, DUE to MAKING "MOCKERY" OF JUSTICE SYSTEM DELIBRATE DISRESPECT FOR ONES SAFETY An FEDERAL SUPERVISORS I.E. EMPLOYER || BLACK LGTBIQ+A LIVES MATTER, "PHYSICALLY, MENTALLY And EMOTIONALLY SUFFERING" On-Going Since 2021 at J.C.C.C And INTENSIFIED ONCE AT E.R.D.C.C || STAFF ON SITE REFUSES TO "TRANSFER" ME EVEN AFTER SUIT FILED, PLACED IN VULNERABLE POSITION, FIGHTING STAFF ON PAPER I.E US DISTRICT COURT | CTA of Office of Proffessional Standards has "DENIED" TRANSFER, AS WELL AS FDA, ADA, | FDA, ADA, SEXUAL EVENT FLAGS ORGNAZATION Digital Data Once "Prison Rape Elimation Action Event" Is Entered. Sexual Encounter With Staff November year 2022 PHYSICAL CONTACT Then AGAIN FEBR UARY 17, 2023 SEXUAL PHYSICAL CONTACT BY GUARDS FOR SECOND TIME LESS THAN 90 day PERIOD From 11·22·22 to 2·17·23 | DANGER HAS LURKED FOR TOTAL OF 4 YEARS AT E.R.D.C.C FOOD TAMPERED, MAIL TAMPERED, MAL· NUTRION, Wrongful Prisonment. "ALL GIFT CARDS SHALL BE PURCHASED BY ALL THREE Entities or Establishment". FDA, ADA, Shall ALSO GET GIFT CARDS And LIFETIME PASSES FOR: SIXFLAGS, Walt Disney World, Rescort, OPRAH HOUSE, FOXTHEATHERS, SKIING AROUND FUN TIME. REST OF NATURAL LIFE PASSES, BEST SEATS, YEARLY | GIFT CARDS FOR: St. Luis Best Steak house, Red Lobster, LOWATTA CREEK, Imos PIZZA, WING STOP, POPEYES 19year

IV. Relief                    Pg 6 of

Gift Accounts from All (4) Entitty's: Missouri Department of Corrections, FDA, ADA, Centurium, DOC Life Time Accounts Every Month (Paid By accounts) See following: Ferguson home, Ashely Furn-ather, Pier 1, Fur & Leather, Icebox, Whole Food, Schnucks, Save way, Kay's Jewelry, Louis vuitton, Grevancey, Tom Ford, Kate Spade, Cartier, Rolex, True Religion, Buckle, Dillards, Neiman mar-cus, Bloomingdales, Barynes, Saks Fifth avenue, Nordstrom, Anthropoly, Balmain, Balenciaga, Prada, Burken, Bug rvi, David yurman, Macy's, Victoria Secret, UGG's, Timberland, Tommy Hilfigore, Guess, Lacoste, Ralph lauren, Gucci, Fendi, Armani, Bally, Sixflays Season passes, Walt Disney World season passes Resort Presidential Hotel, NBA Season passes "Floor Seats", NFL Sky Box Season passes, Express, Blues, Boxers, Bath & Body Works, Fritolay, Best Buy, Walmart, Sam's Club, Kurgers, K. mart, Jcpeany, Juicy Cowtore, Marc Jacobs, Armani Exchange, Miss Me, Rockin Royal, Robin, Joe, Seven, Husdson, Monclare, Christan Dior, Chanel, Hermaz, Celine, Coach, Diamond Exchange, Samsung, Appel, Mac, Scafri, Ulta Beauty, Game Stop, La Pearla, House of Hoops, Champion (Champs), Foot Locker, NorthFace, White Castle, Wendy's, Wing Stop, Rally's, Kentucky Fried Chicken, Pupeyes, Churches chicken, Lee's chicken, McDonalds, Best Steak House, Red Lobster, Lowintha Creek, Ruth Cr.sp, Hooters, Imo's pizza, Lorde Ann Taylors, J. Crew, Bannan Republic, Fossil, Brooks Brothers, Pottery Born, Jack n Jill, Radio Shack, New York Company, Be-Be, Target, Walgreens, CVS, T-moble, At&t, NIKE, Jordan, Addidas, Dicks Sports Goods, Tiffany And Company.

IV.1                                        4 of 4

Account For: Tiffany an Company for the Rest of Natural Life Same as others. Account For: Barney's Same as above listed For MDOC.   Account For: Saks Fifth avenune Same as above listed Account For: BloomingDales Same as above. Rest of Naturl life Unlimited Spending Amount an Bill for CHARGE CARDS goes too: DEPARTMENT OF CORRECTIONS, FDA, ADA, Centurion Health Care Mal-Pratice.

Gift CARDS And Accounts about shall be provided to ME Plaintiff From (FDA, ADA) listed Above. See following Gift CARD REQUESTED: Marc Jacobs, Arm ani Exchange, Jimmy choo, Christan Loubatin, CaNli, Peerless, ~~barronthan~~ Ashely Furonther, PEIRONE, ULTRA Beauty, MAC, SCAFRI, Alexander McQueen, Bally, Gisseppii, Jack & Jill, Gap, Brooks Brothers, Boxers Located in St. Louis mo on Wlashington, House of Hoops, Foot Locker, GAMESTOP, CISCO, TARGET, Johnson Johnson, Ambi, Dove, (Last three Body products). Champion AKA (cham ps) Kay's Jewrly, Diamond Exchange, Jardes Jewrly, Fur an Leather Store, FergusonHome, Emilo pucci, Be·Be, (ALL ABOVE FOR FDA, ADA TO PROVIDE PART OF COMPENSATION RETAIL THERAPY FOR MENTAL ANGUISH!) ALL Listed (BELOW) FOR CENTURION TO PROVIDE: AMC PASSES OR TICKETS Same as other gift card Balance. Ruth CRISP, HOOTERS, FISH BONE, CROWN MART, BP, MOTOR MART, QUICK TRIP, POTTERYBORN, IMPERIAL VISIONS, LIDS, Bath & BODYWORKS, NBA FLOOR SEAT PASSES FOR NATURAL LIFE ACCOUNT FOR NBA, NFL SKYBOX FOR Kanasa City Chiefs! Yesz Saint Laurent, JOE JEAN, Juicy Cauture, COACH, MissMe, Seven Jeans, Hudson Jeans, G·Star, Robin Jean,